**Kevin B. STRICKLAND, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77872**

Missouri Court of Appeals, Western District.

Order Filed: August 11, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied September 29, 2015

Dora Fichter, Jefferson City, MO, Counsel for Respondent

Kevin B. Strickland, Pro Se Appellant

Before Division Three: Karen King Mitchell, P.J., Lisa White Hardwick, and Anthony Rex Gabbert, JJ.

**ORDER**

Per Curiam:

Kevin B. Strickland appeals the denial of his "Motion to Reopen Supreme Court Rule 27.26 Proceedings CV83–11316 Based

on Abandonment by Counsel." We affirm. Rule 84.16(b).